# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 26, 2022
Lyle W. Cayce
Clerk

No. 21-40382

___

AGGIE INVESTMENTS, L.L.C.,

*Plaintiff—Appellant*,

*versus*

CONTINENTAL CASUALTY COMPANY,

*Defendant—Appellee*.

___

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CV-13

___

Before STEWART, HAYNES, and GRAVES, *Circuit Judges*.

JUDGMENT ON PETITION FOR REHEARING

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Feb 17, 2022

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**